HOWARD C. DAKIN and Others, Respondents, v. WILLIAM KAY WALLACE, WINI-FRED D. WALLACE, Appellants, and JOSEPH DORFF, INC., Defendant.— Order

granting plaintiffs' motion to examine the appealing defendants for the purpose of framing a complaint affirmed, with ten dollars costs and disbursements; the examination to proceed on five days' notice. No opinion. Young, Hagarty, Johnston, Adel and Taylor, JJ., concur.